UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS T. WILLIAMSON,<br><br>             Plaintiff,<br><br>     v.<br><br>JAMES A. YATES, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:11-cv-00155-GBC (PC)<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF COULD BE GRANTED<br><br>CLERK TO CLOSE CASE |

**ORDER**

Plaintiff Francis T. Williams is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 28, 2011, the Court screened Plaintiff's Complaint and found that it failed to state any claims upon which relief could be granted.  (ECF No. 9.)  The Court dismissed Plaintiff's Complaint and ordered him to file an amended complaint within thirty days.  (Id.)  Plaintiff was warned that failure to comply with the Court's Order may result in dismissal of this action for failure to state a claim upon which relief could be granted.  (Id.)

On September 7, 2011, the Court issued a Show Cause Order.  (ECF No. 10.)  The Show Cause Order again warned Plaintiff that the case would be dismissed if Plaintiff failed to respond to the Order and/or file an amended complaint by October 10, 2011.  (Id.)  To date, the Court has not received a response to the Show Cause Order and Plaintiff has not filed an amended complaint.  As a result, there is no pleading on file which sets forth

1  any claims upon which relief may be granted.

2      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
3  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon
4  which relief may be granted under Section 1983.  The Clerk shall close the case.

5      This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. §
6  1915(g).  <u>Silva v. Vittorio</u>, 2011 WL 4436248, *4 (9th Cir. Sept. 26, 2011).

7  IT IS SO ORDERED.

8  Dated:   October 14, 2011

9                                        UNITED STATES MAGISTRATE JUDGE